IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
M & M COMMUNICATIONS, INC.,    )
a Nebraska corporation,        )
                               )
          Plaintiff,           )         8:04CV474
                               )
     v.                        )
                               )
TELEPHONE MANAGEMENT           )         ORDER
CORPORATION, an Oregon         )
corporation,                   )
                               )
          Defendant.           )
_____)
```

      This matter came before the Court on the parties' Stipulation that they have agreed to the Stipulated Protective Order, which was attached as Exhibit A to the Stipulation filed on June 1, 2005 (Filing 39).  Upon consideration of the Stipulation,

      IT IS HEREBY ORDERED that the Stipulated Protective Order attached as Exhibit A to the parties' Stipulation (Filing 39) is approved and the parties are directed to abide by the terms and conditions of the Stipulated Protective Order.

      DATED this 8th day of June, 2005.

                                            BY THE COURT:

                                            /s/ Lyle E. Strom
                                            _____
                                            LYLE E. STROM, Senior Judge
                                            United States District Court