IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M & M COMMUNICATIONS, INC., ) <br> a Nebraska corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TELEPHONE MANAGEMENT ) <br> CORPORATION, an Oregon ) <br> corporation, ) <br> ) <br> Defendant. ) <br> _____) | | 8:04CV474 <br><br><br><br><br><br> ORDER |

This matter came before the Court on defendant's withdrawal of its motion for protective order (Filing 52). Accordingly,

IT IS ORDERED that defendant's withdrawal of its motion for protective order is granted; the motion for protective order (Filing No. 49) is deemed withdrawn.

DATED this 20th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court