IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M & M COMMUNICATIONS, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV474 |
| v. | ) ) | |
| TELEPHONE MANAGEMENT CORPORATION, an Oregon corporation, | ) ) ) | ORDER |
| Defendant. | ) ) ) | |

This matter is before the Court on the stipulation to extend discovery deadline (Filing No. 54).  Pursuant thereto,

IT IS ORDERED that the discovery deadline is extended from September 15, 2005, to November 15, 2005.  All other deadlines remain in full force and effect.

DATED this 21st day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court