IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M & M COMMUNICATIONS, INC.,<br>a Nebraska corporation, | )<br>)<br>) | |
| Plaintiff, | ) | 8:04CV474 |
| v. | )<br>)<br>) | |
| TELEPHONE MANAGEMENT<br>CORPORATION, an Oregon<br>corporation, | )<br>)<br>)<br>) | ORDER |
| Defendant. | )<br>) | |

     This matter is before the Court on the motion of Robert M. Slovek and Kutak Rock LLP for leave to withdraw as counsel (Filing No. 61). The Court finds the motion should be granted. Accordingly,

     IT IS ORDERED that said motion is granted; Robert M. Slovek and Kutak Rock LLP are deemed withdrawn as counsel for defendant Telephone Management Corporation.

     DATED this 23rd day of December, 2005.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court