IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
M & M COMMUNICATIONS, INC.,    )
a Nebraska corporation,        )
                               )
          Plaintiff,           )         8:04CV474
                               )
     v.                        )
                               )
TELEPHONE MANAGEMENT           )         ORDER
CORPORATION, an Oregon         )
corporation,                   )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the stipulated motion to dismiss with prejudice (Filing No. 46). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

DATED this 31st day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court